**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Edgar Ochoa AGUILAR, Defendant–**
**Appellant.**

**No. 02–10058.**

**D.C. No. CR–01–0034–ECR.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 19, 2002.

Before HUG, O'SCANNLAIN and TASHIMA, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM **

Edgar Ochoa Aguilar appeals his 30–month sentence following a guilty plea conviction for being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(2). We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *United States v. Gonzalez,* 262 F.3d 867, 869 (9th Cir.2001), and we affirm.

Aguilar contends that the district court misapplied the Sentencing Guidelines by failing to apply U.S.S.G. § 5G1.3(b) to his sentence. Upon review of the record we find no error. *See United States v. Kimble,* 107 F.3d 712, 714–15 (9th Cir.1997).

**AFFIRMED.**

---

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

